IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PHILLIP WASHINGTON,

    Petitioner,

v.                               Case No. 1:18cv1-MW/CAS

MARK S. INCH, Secretary,
Florida Department of Corrections,

    Respondent.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 25, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 26. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The amended § 2254 petition, ECF No. 5, is **DENIED**. A Certificate of Appealability is **DENIED** and leave to appeal *in forma pauperis* is **DENIED**." The Clerk shall close the file.

**SO ORDERED on April 30, 2019.**

                                          s/Mark E. Walker        
                                          **Chief United States District Judge**